**Opinion filed August 8, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00225-CR

_____

## IN RE NATHAN LEE GONZALES

**Original Mandamus Proceeding**

### M E M O R A N D U M   O P I N I O N

Appearing pro se, Relator, Nathan Lee Gonzales, a prison inmate, has filed a petition for writ of mandamus. In his petition, Relator complains that the judge of the 29th District Court of Palo Pinto County abused his discretion by assessing court-appointed attorney's fees against Relator at the conclusion of trial. We deny the petition.

Initially, we address Relator's failure to provide a sufficient record. The party seeking mandamus relief has the burden to provide a record sufficient to establish his entitlement to such relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). The Relator must provide an appendix that includes "a certified or sworn copy of any order complained of, or any other document showing the matter complained of." TEX. R. APP. P. 52.3(k)(1)(A). Additionally, the Relator must

furnish a record that includes a certified or sworn copy of every document that is material to the Relator's claim for relief and that was filed in any underlying proceeding. TEX. R. APP. P. 52.7(a)(1). A party proceeding pro se is not exempt from complying with the applicable rules of procedure. *See Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 184–85 (Tex. 1978). Relator has not filed a copy of the trial court's order that he is challenging in this mandamus. In the absence of this order, Relator has failed to provide a sufficient record to establish his entitlement to mandamus relief.

Assuming, arguendo, that Relator's petition substantially complied with the applicable rules of procedure, his petition fails to establish his entitlement to mandamus relief. Based upon his allegations, Relator is challenging the portion of the trial court's judgment assessing attorney's fees against him. Relator was entitled to bring his complaint by direct appeal. *See Armstrong v. State*, 340 S.W.3d 759 (Tex. Crim. App. 2011). Thus, Relator had an adequate remedy by appeal to challenge the portion of the judgment assessing attorney's fees against him. Accordingly, we deny the petition for writ of mandamus.

PER CURIAM

August 8, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.